■ In the Matter of ALLEN ROBINSON, Petitioner, v COUNTY COURT, ROCKLAND COUNTY, Respondent. [992 NYS2d 441]—

Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent to decide the petitioner's motion pursuant to CPL 440.10 in an underlying criminal action entitled *People v Robinson,* pending in the County Court, Rockland County, under indictment No. 2010-449, and application by the petitioner for leave to prosecute the proceeding as a poor person.

Ordered that the application for leave to prosecute the proceeding as a poor person is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied as academic; and it is further,

Adjudged that the petition is dismissed, without costs or disbursements.

The plaintiff commenced this proceeding against the County Court, Rockland County. However, the County Court is not a body or officer over which this Court has jurisdiction (*see* CPLR 506 [b]; 7802 [a]; 7804 [b]). Dillon, J.P., Dickerson, Cohen and Duffy, JJ., concur.